## EXHIBIT A
## JELLY ROLL TOUR ITINERARY

| | |
|---|---|
| September 27, 2024 | Madison Square Garden<br>New York, NY |
| September 28, 2024 | UBS Arena<br>Belmont Park, NY |
| September 29, 2024 | Prudential Center<br>Newark, NJ |
| October 1, 2024 | Bryce Jordan Center<br>State College, PA |
| October 2, 2024 | Wells Fargo Center<br>Philadelphia, PA |
| October 4, 2024 | Ocean City Inlet<br>Ocean City, MD |
| October 5, 2024 | PPG Paints Arena<br>Pittsburgh, PA |
| October 6, 2024 | KeyBank Center<br>Buffalo, NY |
| October 7, 2024 | UBS Arena<br>Belmont Park, NY |
| October 9, 2024 | Nationwide Arena<br>Columbus, OH |
| October 11, 2024 | United Center<br>Chicago, IL |
| October 12, 2024 | KFC Yum! Center<br>Louisville, KY |
| October 15, 2024 | INTRUST Bank Arena<br>Wichita, KS |

| | |
|---|---|
| October 16, 2024 | Great Southern Bank Arena<br>Springfield, MO |
| October 18, 2024 | BOK Center<br>Tulsa, OK |
| October 20, 2024 | Brookshire Grocery Arena<br>Bossier, LA |
| October 22, 2024 | Simmons Bank Center<br>North Little Rock, AR |
| October 23, 2024 | Enterprise Center<br>St. Louis, MO |
| October 25, 2024 | Thompson-Boling Arena at Food City Center<br>Knoxville, TN |
| October 26, 2024 | State Farm Arena<br>Atlanta, GA |
| October 27, 2024 | Spectrum Center<br>Charlotte, NC |
| October 30, 2024 | John Paul Jones Arena<br>Charlottesville, VA |
| November 1, 2024 | Charleston Coliseum<br>Charleston, WV |
| November 4, 2024 | Heritage Bank Center<br>Cincinnati, OH |
| November 6, 2024 | Little Caesars Arena<br>Detroit, MI |
| November 7, 2024 | Gainbridge Fieldhouse<br>Indianapolis, IN |
| November 8, 2024 | Rupp Arena<br>Lexington, KY |
| November 10, 2024 | Ford Center<br>Evansville, IL |

| | |
|---|---|
| November 12, 2024 | CHI Health Center Arena<br>Omaha, NE |
| November 13, 2024 | T-Mobile Center<br>Kansas City, MO |
| November 14, 2024 | Paycom Center<br>Oklahoma City, OK |
| November 15, 2024 | Winstar World Casino<br>Thackerville, OK |
| November 17, 2024 | Toyota Center<br>Houston, TX |
| November 18, 2024 | American Bank Center Selena Auditorium<br>Corpus Christi, TX |
| November 19, 2024 | Moody Center<br>Austin, TX |
| November 21, 2024 | Legacy Anefia at BJCC<br>Birmingham, AL |
| November 22, 2024 | Colonial Life Arena<br>Columbus, SC |
| November 23, 2024 | VyStar Veterans Memorial Arena<br>Jacksonville, FL |
| February 5, 2025 | Coors Light Birds Nest<br>Scottsdale, AZ |