Case 1:24-cv-07148-JSR Document 12-1 Filed 07/07/26 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MANHEAD, LLC and JASON DEFORD a/k/a JELLY ROLL

Plaintiffs,

v.

VARIOUS JOHN DOES, JANE DOES, and ABC COMPANIES

Defendants.

**CIVIL CASE NO. 24-7148**

**[PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE**

Plaintiffs having moved to dismiss the above-referenced action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED that:

1. The above-referenced action is hereby dismissed without prejudice;

2. The Clerk of the Court is hereby directed to return the $5,000.00 cash bond to Plaintiff Manhead, LLC c/o Plaintiffs' counsel, Kenneth A. Feinswog at 400 Corporate Pointe, Suite 300, Culver City, California 90230; and

Case 1:24-cv-07148-JSR Document 12-1 Filed 07/07/26 Page 2 of 2

3. Plaintiffs are authorized to dispose of all merchandise seized from Defendants in the above-referenced action.

IT IS SO ORDERED

July 9, 2026

The Honorable Jed S. Rakoff
United States District Judge